# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Board of Trustees of the Laborers'
Local Union No. 265 Pension Fund, *et al.*,

    Plaintiffs,

    v.                                                Case No. 1:20cv875

P.J. Plas Plumbing, Inc, *et al.*,            Judge Michael R. Barrett

    Defendants.

## ORDER

Pursuant to the April 13, 2021 status conference before the undersigned, this matter is resolved;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                                    *s/Michael R. Barrett*
                                                    Michael R. Barrett, Judge
                                                    United States District Court